IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARIA CEBADA,<br><br>Petitioner,<br><br>v.<br><br>DERRICK CUNNINGHAM, Sheriff, Warden of the Montgomery County Jail, et al.,<br><br>Respondents. | ) | CIVIL ACTION NO.<br>2:26cv701-MHT<br>(WO) |

ORDER

On October 15, 2026, petitioner filed the declaration of attorney Snehal Bharatkumar Amin (Doc. 34) well after the deadline for submitting additional documentary evidence in support of the petition. *See* Order for Supp. Briefing (Doc. 25) (setting deadline of Sept. 18, 2026, for petitioner to submit "any additional evidence she wishes to have considered"). Moreover, the declaration was not accompanied by a motion for leave to file after the deadline showing good cause for the late filing or for an extension of

the deadline. Therefore, the court will not consider attorney Amin's declaration.

Accordingly, it is ORDERED that the government's motion to exclude the declaration (Doc. 36) is denied as moot.

DONE, this the 20th day of October, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE