IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARIA CEBADA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv701-MHT |
| | ) | |
| DERRICK CUNNINGHAM, | ) | |
| Sheriff, Warden of the | ) | |
| Montgomery County Jail, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

The court has reviewed the documents submitted by the government and needs clarification of one issue. The "Record of Deportable/Inadmissible Alien" contains boxes on the right side of the page for "Method of Location/Apprehension" followed by "Location" and "Date/Hour." Record (Doc. 13-1) at 1. The entry in the date/hour box states "09/03/2026 12:05." *Id.* The court seeks to confirm that this date/hour refers to the time that petitioner Maria Cebada was arrested by

ERO Montgomery or whether it refers to something else, and whether the time provided is A.M. or P.M.

Accordingly, it is ORDERED that, by 5:00 p.m. on November 13, 2026, the government shall submit evidence and/or clarification of whether petitioner was arrested by ERO Montgomery at the time/date provided and whether the time provided was A.M. or P.M.

DONE, this the 12th day of November, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE